| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Rural Connect, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FKA  Wisper II, LLC

**3. Debtor's federal Employer Identification Number (EIN)**  
46-4503369

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1378 North Cavalier Drive<br>Alamo, TN 38001<br>*Number, Street, City, State & ZIP Code* | *P.O. Box, Number, Street, City, State & ZIP Code* |
| Crockett<br>*County* | **Location of principal assets, if different from principal place of business**<br><br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Rural Connect, LLC**_____  Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | **Tennessee** | When | **3/29/16** | Case number | **16-10594** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **Rural Connect, LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor     Relationship
District     When     Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
      Contact name
      Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Rural Connect, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

Debtor **Rural Connect, LLC** _____  Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2021**
               MM / DD / YYYY

**X /s/ Thomas P. Farrell** _____  **Thomas P. Farrell** _____
Signature of authorized representative of debtor     Printed name

Title **General Manager**

**18. Signature of attorney**

**X /s/ Michael P. Coury** _____  Date **September 29, 2021**
Signature of attorney for debtor     MM / DD / YYYY

**Michael P. Coury**
Printed name

**GLANKLER BROWN PLLC**
Firm name

**6000 Poplar Ave**
**Suite 400**
**Memphis, TN 38119**
Number, Street, City, State & ZIP Code

Contact phone **901-525-1322**  Email address **mcoury@glankler.com**

**7002 TN**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rural Connect, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Ally Finance Corporation<br>P.O. Box 1976<br>Wrightwood, CA 92397 | | all tangible assets, A/R; unperfected security interest | Disputed | $352,957.74 | $50,000.00 | $302,957.74 |
| Dwayne Dove<br>891 Warren Road<br>Bells, TN 38006 | | Future balance on lease purchase agreement | | | | $60,333.21 |
| Educational Broadband Corporation<br>8602 FrontGate Lane<br>Indianapolis, IN 46256 | | License of broadband spectrum | | | | $64,786.00 |
| GTP Structures I, LLC<br>116 Huntington Avenue<br>Boston, MA 02116-5749 | | Tower lease rent arrearage | | | | $658,063.52 |
| Iris Networks<br>211 Commerce Street<br>Nashville, TN 37201 | | Disputed claim arising from contract termination | | | | $4,877.42 |
| NTCH West TN, Inc.<br>P.O. Box 1976<br>Wrightwood, CA 92397 | | | | | | $106,291.18 |
| Waste Management<br>2555 Meridian Blvd.<br>Franklin, TN 37067 | | Services | | | | $2,022.19 |

Alfred Marshall
460 Bowman Road
Medon, TN 38356

Ally Finance Corporation
P.O. Box 1976
Wrightwood, CA 92397

Area Wide Communications
P.O. Box 8
Medina, TN 38355

Billy J. Smith
3205 Highway 70
Cedar Grove, TN 38321

Billy Scallions
2387 Garrett Ball Road
Gates, TN 38037

Broadband Enterprise
P.O. Box 562166
Miami, FL 33156

Chris Todd
421 Scarbrough Loop
Humboldt, TN 38343

Church Trust
665 Joe Stephens Road
Ripley, TN 38063

City of Alamo
97 South Johnson Street
Alamo, TN 38001

Crockett Gin
P.O. Box 7
Maury City, TN 38050

Danny Marberry
273 Ray Permenter Road
Bells, TN 38006

Darrell Thomas
7826 Highway 76 South
Stanton, TN 38069

Dennis Keith
P.O. Box 3602
Jackson, TN 38303

Dot Cunningham
1207 Rucker Farm Road
Halls, TN 38040

```
Dwayne Dove
891 Warren Road
Bells, TN 38006

Dwayne Dove
892 Warren Road
Bells, TN 38006

Educational Broadband Corp.
8602 Frontgage Lane
Indianapolis, IN 46256

Educational Broadband Corporation
8602 FrontGate Lane
Indianapolis, IN 46256

FCNB/T. Stevens, Trustee
P.O. Box 370
Dyersburg, TN 38025

Ford Farms
P.O. Box 527
Dyersburg, TN 38025

Grace Broadcasting
25 Stonebrook Place
Jackson, TN 38305

GTP Structures I, LLC
116 Huntington Avenue
Boston, MA 02116-5749

Hargett Farms
728 Irvin Tucker Road
Bells, TN 38006

Howard Jarratt
86 Jarratts Corner
Brownsville, TN 38012

ING II, LLC
116 Hundington Avenue
Boston, MA 02116

Iris Networks
211 Commerce Street
Nashville, TN 37201

James Fletcher
58 Jim Jackson Road
Humboldt, TN 38343

Jeff and Marlene Faulkner
2585 Clifford Road
Luray, TN 38352
```

Jeff Davis
7 Centerfield Road
Pinson, TN 38366

Jerry McClinton
2 Remily Place
Brownsville, TN 38012

Jerry P. Spore, Esq.
Spragins, Barnett & Cobb, PLC
P. O. Box 2004
Jackson, TN 38302-2004

John Verell
63 Vine Hill Road
Jackson, TN 38301

Joseh Daniel Boone
967 Harber Road
Friendship, TN 38034

Joseph Ferguson
2028 Highway 138
Mercer, TN 38392

Joy McKinnon
5775 State Route 100 East
Henderson, TN 38340

K2 Towers
57 East Washington Street
Butler, OH 44822

Lee Johnson
3801 North Highland Avenue
Jackson, TN 38305

Longtown Supply Company, Inc.
250 Longtown Road
Mason, TN 38049

Louise Martin
2808 Dancyville Road
Stanton, TN 38069

Lynn Daniel
2345 Uptonville Road
Mercer, TN 38392

Mae Belle McDonald
4795 Cash School Road
Mercer, TN 38392

Marlin Miller
1074 South Main Street
Dyer, TN 38330

Martha Carter
7669 Sprucewood
Chicago, IL 60617

McClanahan Brothers, Inc.
1900 Fayette Corner Drive
Somerville, TN 38068

Murray Pearson
2545 East Farrell Street
Humboldt, TN 38343

Neal Kinchen
150 Pickett Road
Finger, TN 38334

NTCH West TN, Inc.
P.O. Box 1976
Wrightwood, CA 92397

Phillip Comer
157 Fruitland Eldad Road
Trenton, TN 38382

Phillip Gilliland
8990 Highway 88
Halls, TN 38040

Raymond and Sally Henrie
3968 Luray Road
Beech Bluff, TN 38313

Rice Electrical & HVAC Services
4520 Blue Goose Road
Huron, TN 38345

Robert Cummings
P.O. Box 30
Medon, TN 38356

Shane Lott
94 Riverview Drive North
Decaturville, TN 38329

Solid Rock Broadcasting
2048 South First Street
Milan, TN 38358

Timothy Reece
3600 Sand Mountain Road
Enville, TN 38332

```
Town of Gates
10085 Second Street
Gates, TN 38037

Town of Mason
12157 Main Street
Mason, TN 38049

Town of Stanton
8 Main Street
Stanton, TN 38069

Waste Management
2555 Meridian Blvd.
Franklin, TN 37067
```

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Rural Connect, LLC**                                                          Case No.
                                    Debtor(s)                                          Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rural Connect, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ally Finance Corp.**
**P.O. Box 1976**
**Wrightwood, CA 92397**

**Robbie Russell**
**414 Preston Drive**
**Brownsville, TN 38012**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 29, 2021** | **/s/ Michael P. Coury** |
| Date | **Michael P. Coury** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Rural Connect, LLC** |
| | **GLANKLER BROWN PLLC** |
| | **6000 Poplar Ave** |
| | **Suite 400** |
| | **Memphis, TN 38119** |
| | **901-525-1322 Fax:901-525-2389** |
| | **mcoury@glankler.com** |